## NOTIFICATION OF LATE RECORD

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/24/2015 11:03:52 AM
KEITH E. HOTTLE
(Clerk)

Court of Appeals No., if known: _04-15-00306-CV_

Trial Court Style: _USAA Federal Savings Bank vs. Cynthia Barkman, et a_

Trial Court No.: _2015-CV-01936_

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: _April 17, 2015_
The record was originally due: _____

I anticipate the length of the record to be: _21 pages_

I am unable to file the record by the date such record is due because [check one]:

☑ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☐ Other. Explain [attach additional pages if needed]: _____

_____

I anticipate the record will be completed by: _5 days after receipt of payment_

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Date: _6/24/15_

Signature: _Edna Casanova_

Printed Name: _Edna Casanova_

Title: _Court Reporter County Ct. No. 2_

Acknowledgment
(To be completed by notary or court clerk)

State of Texas §
County of Bexar §

Before me, the undersigned authority, on this day personally appeared _Edna Casanova_; known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Date: _6·24·2015_
Seal:

Signature: _____

Printed Name: _David Villanueva_

SM WAL 18 COURT COUNTY * COUNTY COURT
SAINT COUNTY RAMSEY